BEFORE THE THIRD DIVISION, JUNE 7, 1944

**No. 49480.**—Protests 98337–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise is the same in all material respects as that passed upon in *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823) the protests were sustained.